

**RECEIVED**

FEB 2 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Eugene Sonnier, II                         Civil Action No. 6:16-CV-1229

versus                                     Judge Rebecca F. Doherty

Roman Catholic Diocese of
Lafayette, et al.                          Magistrate Judge Carol B. Whitehurst

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants' Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Doc. 4) is GRANTED for lack of federal question jurisdiction and/or subject matter jurisdiction, and that Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 23rd day of February, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE